UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **RAMON DEL RIO,** | ) | NO. EDCV 09-214-TJH (MAN) |
| Plaintiff, | ) | ORDER ACCEPTING FINDINGS AND |
| v. | ) | RECOMMENDATIONS OF UNITED STATES |
| **CRAWFORD, et al,** | ) | MAGISTRATE JUDGE |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and plaintiff's Objections to the Report and Request for Review of the May 1, 2012 Order of United States Magistrate Judge Margaret A. Nagle ("Request"). The Court has engaged in a *de novo* review of those matters to which objections have been stated in writing.

Having completed its review, the Court accepts the findings and recommendations set forth in the Magistrate Judge's Report. Accordingly, **IT IS ORDERED** as follows:

(1) Defendant Anti's motion to dismiss the Third Amended Complaint is DENIED, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure;

(2) Plaintiff's Request is DENIED, pursuant to Rule 72 of the Federal Rules of Civil Procedure;

(3) All claims against defendant Payton are dismissed, with prejudice, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure; and

(4) Within twenty (20) days of this Order, defendant Anti shall file and serve an Answer to the Third Amended Complaint.

IT IS SO ORDERED.

DATED: May 24, 2012

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE