# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **RAMON DEL RIO,** | ) | NO. EDCV 09-00214-TJH (MAN) |
| **Plaintiff,** | ) ) | ORDER ACCEPTING FINDINGS AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES |
| **ANTI,** | ) ) | MAGISTRATE JUDGE |
| **Defendant.** | ) ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, defendant's motion for summary judgment ("Motion") and the related briefing and other documents and evidence filed by the parties, all of the files and records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

    IT IS ORDERED that: the Motion is GRANTED pursuant to Rule 56 of the Federal Rules of Civil Procedure.; and Judgment shall be entered in defendant's favor, dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on plaintiff and on counsel for defendant.

DATED: March 3, 2014

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE