# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAMON DEL RIO,** | NO. EDCV 09-00214-TJH (MAN) |
| Plaintiff, | |
| v. | JUDGMENT |
| **ANTI,** | |
| Defendant. | |

    Pursuant to the Court's Order Accepting Findings And Recommendations Of United States Magistrate Judge,

    IT IS ADJUDGED that Judgment is entered in favor of defendant and this action is dismissed with prejudice.

DATED: March 3, 2014

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE